UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MONO COUNTY OFFICE OF EDUCATION; STACEY ADLER; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-00170-WBS-KJN<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO PARTICIPATE IN THE PRETRIAL SCHEDULING CONFERENCE BY TELEPHONE |

Plaintiff's request is granted to permit Plaintiff's counsel Mia Munro to attend the Pretrial Scheduling Conference on August 19, 2019 at 1:30 p.m. telephonically. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call. Ms. Munro can also be reached at phone number 310-273-3180.

Dated: June 4, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE