1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Anthony N. DeMaria, #177894
     *anthony.demaria@mccormickbarstow.com*
3  7647 North Fresno Street
   Fresno, California 93720
4  Telephone:  (559) 433-1300
   Facsimile:  (559) 433-2300
5
   Attorneys for Defendants MONO COUNTY
6  OFFICE OF EDUCATION and STACEY
   ADLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUH, an individual, | Case No. 2:19-cv-00170 WBS KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR INITIAL DISCLOSURES** |
| v. | |
| MONO COUNTY OFFICE OF EDUCATION; STACEY ADLER; and DOES 1 through 30, inclusive, | |
| Defendants. | |

The parties, by and through their attorneys of record, hereby stipulate and agree as follows:

That the Scheduling Order may be amended only to extend the time for the initial disclosures, from August 19, 2019, at September 19, 2019. No other dates shall be changed or amended in the Scheduling Order.

The parties stipulate and agree that there is good cause to extend the time for the initial disclosures to September 19, 2019, as the plaintiff intends to file a Second Amended Complaint on the date designated by the court, which is August 16, 2019, and the parties will not know the totality of the allegations and defenses asserted against them, nor will an Answer or response to the First Amended Complaint be due until after the date currently set for the initial disclosure. The extension of time to make the disclosure until September 19, 2019, will allow the defendant to know the

allegations against it in the Second Amended Complaint, and allow the plaintiff to know the response to those allegations, before making the initial disclosures.

Dated: August 15, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Anthony N. DeMaria
Anthony N. DeMaria
Attorneys for Defendants MONO COUNTY OFFICE OF EDUCATION and STACEY ADLER

Dated: August 15, 2019

KESLUK SILVERSTEIN & JACOB

By: /s/ Mia Monroe
Mia Monroe
Attorneys for Plaintiff
JENNIFER HUH

**ORDER**

It is hereby ordered that, based upon the stipulation of the parties and good cause appearing therefore, the Initial Scheduling Order shall be amended only to extend the date of the initial disclosures under FRCP 26(a)(1) to take place on September 19, 2019, and otherwise, all of the dates and deadlines in the Initial Scheduling Order remain intact as ordered.

Dated: August 19, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

huh.170

078046-000154 6238281.1