UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUH, an individual, | CASE NO. 2:19-cv-00170-WBS-KJN |
| Plaintiff, | ORDER |
| v. | |
| MONO COUNTY OFFICE OF EDUCATION; STACEY ADLER; and DOES 1 through 30, inclusive, | |
| Defendants. | |

The court has considered plaintiff's amended request to permit Plaintiff's counsel Mia Munro to attend the hearing on Defendant's Motion to Dismiss and Motion to Strike on October 7, 2019 telephonically. Because the court finds that a telephonic appearance would be ineffective, that request is denied. If Ms. Munro has a conflict on the date of the hearing and cannot arrange for substitute counsel to appear in her place, the court will entertain a request to continue the hearing to a date Ms. Munro can attend.

IT IS SO ORDERED.

Dated: September 10, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER RE AMENDED REQUEST TO PARTICIPATE IN HEARING BY TELEPHONE