Kesluk Silverstein & Jacob, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MONO COUNTY OFFICE OF EDUCATION; STACEY ADLER; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-00170-WBS-KJN<br><br>ORDER APPROVING STIPULATION TO MOVE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS |

/ / /

/ / /

/ / /

1
[PROPOSED] ORDER APPROVING STIPULATION RE DISCOVERY EXTENSION

The Court has reviewed the Stipulation to Move Hearing Date for Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (the "Stipulation") filed by Plaintiff JENNIFER HUH ("Plaintiff") and Defendants MONO COUNTY OFFICE OF EDUCATION, and STACEY ADLER ("Defendants") (collectively, the "Stipulating Parties"):

IT IS HEREBY ORDERED that:

The hearing date for Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is hereby moved from October 7, 2019 at 1:30pm to November 4, 2019 at 1:30pm.

IT IS SO ORDERED:

Dated: September 13, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Kesluk Silverstein & Jacob, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137