# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MONO COUNTY OFFICE OF EDUCATION; STACEY ADLER; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-00170-WBS-KJN<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE HER THIRD AMENDED COMPLAINT** |

The Court has reviewed the Stipulation to File Plaintiff Jennifer Huh's Third Amended Complaint (the "Stipulation") filed by Plaintiff JENNIFER HUH ("Plaintiff") and Defendants MONO COUNTY OFFICE OF EDUCATION, and STACEY ADLER ("Defendants") (collectively, the "Stipulating Parties"):

IT IS SO ORDERED that:

Plaintiff Jennifer Huh is granted leave to file her Third Amended Complaint attached as Exhibit "A" to the Stipulation.

Dated: November 25, 2019

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---
1
ORDER GRANTING PLAINTIFF LEAVE TO FILE HER THIRD AMENDED COMPLAINT