DeMaria Law Firm, A.P.C.
Anthony N. DeMaria, #177894
  ademaria@demarialawfirm.com
1690 West Shaw Avenue, Suite 220
Fresno, California 93711
Telephone:    (559) 206-2410
Facsimile:    (559) 570-0126

Attorneys for Defendants MONO COUNTY
OFFICE OF EDUCATION and STACEY
ADLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUH, an individual, | Case No. 2:19-cv-00170 WBS KJN |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO RESET TRIAL AND RELATED DATES** |
| v. | |
| MONO COUNTY OFFICE OF EDUCATION; STACEY ADLER; and DOES 1 through 30, inclusive, | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, Plaintiff JENNIFER HUH and Defendants MONO COUNTY OFFICE OF EDUCATION and STACEY ADLER, (together, "The Parties") by and through their respective counsel of record, hereby enter into the Joint Stipulation ton Continue the Trial Date and request the Court to enter an order as proposed herein.

**STIPULATION**

1. The Parties hereby stipulate that the current trial date of February 2, 2021 can be vacated by this Court with a new trial date of June 14, 2021 being set by this Court and new scheduling dates consistent therewith as state below.

2. The Parties mediated on March 26, 2020 via Zoom before Christine Masters, ARC

1 and were unable to reach a resolution. Additionally, the Parties have dutifully exchanged written
2 discovery.

3     3.    Despite the Parties' diligent attention to meaningfully engaging in the discovery
4 process, the Parties have unquestionably been severely impacted by the outbreak of COVID-19
5 virus.

6     4.    Due to the shelter in place order and the Parties and witnesses being located in
7 several different cities and states, the parties are currently unable to schedule depositions and an
8 agreed Federal Rule of Civil Procedure 35 mental examination at this time, but believe they
9 should be able to do so later in 2020, when the shelter in place orders are modified and it is
10 deemed safe to travel and appear at such events.

11     5.    In addition, this case involves educators on both sides, including a county office of
12 education. Currently, those educators are inundated with implementing distance learning city and
13 county wide in their respective areas. The Parties and the public entity witnesses are currently
14 needed by the students and families that they service to be focused on the reopening of their
15 respective school district and county office of education.

16     6.    Based upon the foregoing reasons, the Parties stipulate to continue the trial, and
17 modify the scheduling order in light of that continuance, in order to continue to engage in the
18 necessary discovery process.

19     7.    The Parties stipulate to continue the trial to June 14, 2021.

20     8.    The Parties further agree to modify the Status (Pretrial Scheduling Order) from this
21 Court filed on August 8, 2019, attached hereto as Exhibit "A", in the following way:

22     A.    All discovery, including depositions for preservation of testimony, shall be
23 completed by October 15, 2020.

24     B.    All motions to compel discovery must be noticed on the magistrate judge's
25 calendar so that such motions may be heard (and any resulting orders obeyed) not later than
26 October 15, 2020.

27     C.    The Parties shall disclose all experts and produce reports in accordance with
28 the Federal Rules of Civil Procedure 26(a)(2) by no later than November 10, 2020.

        D.      Rebuttal expert testimony shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than December 11, 2020.

        E.      All motions, except motions for continuance, temporary restraining orders, or other emergency applications, shall be filed on or before December 28, 2020. The Parties stipulate that all other terms of Heading V: MOTION HEARING SCHEDULE as provided in the Status (Pretrial Scheduling Order), attached hereto as Exhibit "A", shall not be modified, including footnote 1 on page 3, lines 24-28 of the order.

        F.      The Parties stipulate to a final pretrial conference on April 14, 2021 at 1:30 P.M., according to the availability of this Court. The Parties stipulate that all other terms of Heading VI: FINAL PRETRIAL CONFERENCE as provided in the Status (Pretrial Scheduling Order), attached hereto as Exhibit "A", shall not be modified.

        G.      The Parties stipulate to a new trial date of June 14, 2021.

    9.      The parties agree that this Stipulation may be signed in counterpart, and each counterpart shall be deemed an original, and all counterparts so executed shall constitute one Stipulation, and further, that faxed signatures shall be treated as originals.

| | | |
|---|---|---|
| 1 | Dated:  May 7, 2020 | DeMaria Law Firm, A.P.C. |
| 2 | | |
| 3 | | By: /s/ Anthony N. DeMaria |
| 4 | | Anthony N. DeMaria |
| 5 | | Attorneys for Defendants MONO COUNTY OFFICE OF EDUCATION and STACEY ADLER |
| 6 | | |
| 7 | Dated:  May 7, 2020 | Kesluk Silverstein, Jacob & Morrison, P.C. |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ Catherine Roland |
| 11 | | Douglas Silverstein |
| | | Catherine Roland |
| 12 | | Attorneys for Plaintff JENNIFER HUH |

**ORDER**

The foregoing stipulation is hereby APPROVED.

IT IS SO ORDERED that the **February 2, 2021 trial is vacated**, with a new trial date set **for June 15, 2021, at 9:00 A.M**. before this Court.

IT IS FURTHER ORDERED that the **final pretrial conference scheduled for December 7, 2020 is vacated** and is **a new pretrial conference is set for April 12, 2021 at 1:30 P.M.** in Courtroom 5.

IT IS FURTHER ORDERED that **all discovery dates previously scheduled are vacated** and that **discovery shall now be completed by October 15, 2020** and all **motions to compel discovery shall be noticed** on the magistrate judge's calendar so that such motions may be heard (and any resulting orders obeyed) **not later than October 15, 2020**. **All experts shall be disclosed and produce reports** in accordance with the Federal Rules of Civil Procedure 26(a)(2) by **no later than November 10, 2020**. **Rebuttal expert testimony shall be disclosed and reports produced** in accordance with Federal Rule of Civil Procedure 26(a)(2) **no later than December 11, 2020. All motions**, except motions for continuance, temporary restraining orders, or other emergency applications, **shall be filed on or before December 28, 2020.**

Dated: May 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE