1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER HUH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MONO COUNTY OFFICE OF EDUCATION; STACEY ADLER; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-00170-WBS-KJN<br><br>(Case assigned to Hon. William B. Shubb, Courtroom 5; Hon. Kendall J. Newman, Magistrate)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ONLY FIFTH CAUSE OF ACTION WITH PREJUDICE**<br><br>Complaint filed: January 25, 2019<br>Trial Date: February 2, 2021 |

///
///
///

(PROPOSED) ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF FIFTH CAUSE OF ACTION

## **ORDER**

The Court has reviewed the Joint Stipulation for Dismissal of the Fifth Cause of Action (California Labor Code §§ 2699) in Plaintiff's Complaint (the "Stipulation") filed by Plaintiff Jennifer Huh ("Plaintiff") and Defendants Mono County Office of Education, and Stacey Adler ("Defendants") (collectively, the "Parties"):

IT IS HEREBY ORDERED that the Fifth Cause of Action (California Labor Code § 2699) in Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Pursuant to the Parties' Stipulation, each party shall bear their own respective attorney's fees and costs incurred.

IT IS SO ORDERED.

Dated:  July 29, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE