# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HUH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MONO COUNTY OFFICE OF EDUCATION; STACEY ADLER; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-00170-WBS-KJN<br><br>(Case assigned to Hon. William B. Shubb, Courtroom 5; Hon. Kendall J. Newman, Magistrate)<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION **WITH PREJUDICE**<br><br>Complaint filed: January 25, 2019<br>Trial Date: February 2, 2021 |

## ORDER

The Court has reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation") filed by Plaintiff JENNIFER HUH ("Plaintiff") and Defendants MONO COUNTY OFFICE OF EDUCATION, and STACEY ADLER ("Defendants") (collectively, the "Parties"):

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii).  Pursuant to the Parties' Stipulation, each party shall bear their own respective attorney's fees and costs incurred in this action.

     IT IS SO ORDERED.

Dated:  October 7, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE